# SEALED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. MEDSTAR, LLC,<br><br>            Plaintiffs,<br>vs.<br><br>VJ'S TRANSPORATION SERVICES, INC., a California corporation; VICTOR JONES, an individual; ESSENTIAL PLUS TRANSPORTATION, INC. a California corporation; DORIS NNENNA UCHE AKWUKWAEGBU a.k.a. DORIS AKWUKWAEGBU-OGUNMAKIN, an individual; SRE TRANSPORTATION, a California company; SHAWN RAIFORD, an individual; EASY LIFT TRANSPORTATION, a California company; EARL HOLMES, an individual; PRISCILLA HOLMES, an individual; AT YOUR SERVICE TRANSPORATION, a California company; LARONDA WARNER, an individual; and DOES 1 through 50, inclusive,<br><br>            Defendants. | No.  2:20-cv-1400 KJM EFB<br><br>ORDER |

1

1        On July 10, 2020, plaintiff MedStar, LLC submitted a notice of request to seal documents and request to seal documents, invoking Local Rule 141 and requesting that the following records be filed under seal: 1) the complaint that seeks damages and statutory penalties for alleged violation of the federal False Claims Act, 31 U.S.C. § 3729, et seq., and  2) the civil case cover sheet.  ECF No. 2.  Plaintiff requested to file these documents under seal under 31 U.S.C. § 3730(b)(2), which requires that any complaint alleging a violation of the False Claims Act "shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

        Based on the foregoing statutory authority, plaintiff MedStar, LLC's request to seal documents is GRANTED.  As provided by 29 U.S.C. § 3730(b)(2), the complaint, civil cover sheet, the notice of request to seal documents and request to seal documents shall be filed under seal and shall not be served on any of the defendants until the court so orders.

        The complaint and other papers shall remain under seal for sixty (60) days.  Moreover, the government may, for good cause shown, move the court for extensions of the time during which the complaint remains under seal as provided by 29 U.S.C. § 3730(b)(3).

        The documents filed under seal as provided here shall be accessible only by the attorneys for the United States of America and attorneys for the State of California.

    This order resolves ECF No. 2.

    IT IS SO ORDERED.

DATED:  August 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE