**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, *EX REL.,* MEDSTAR LLC, <br><br> Plaintiff, <br><br> v. <br><br> VJ'S TRANSPORATION SERVICES, INC., A California corporation; VICTOR JONES, an individual; ESSENTIAL PLUS TRANSPORTATION, INC. a California corporation; DORIS NNENNA UCHE AKWUKWAEGBU a.k.a. DORIS AKWUKWAEGBU-OGLINMAKIN, an individual; SRE TRANSPORTATION, a California company; SHAWN RAIFORD, an individual; EASY LIFT TRANSPORTATION, a California company; EARL HOLMES, an individual; PRISCILLA HOLMES, an individual; AT YOUR SERVICE TRANSPORTATION, a California company; LARONDA WARNER, an individual; and DOES I through 50, inclusive,, <br><br> Defendants. | CASE NO.  2:20-CV-1400 KJM EFB <br><br> ORDER RE THE UNITED STATES' REQUEST FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL ON THE *QUI TAM* COMPLAINT <br><br> **[FILED UNDER SEAL]** |

Upon consideration of the United States' *ex parte* application for an extension of the intervention deadline and seal period, and for good cause shown, the Court hereby rules as follows:

1

1.      The United States and California shall have through and including March 19, 2021, to notify the Court of their respective decisions on whether to intervene in this action;

2.      The complaint and all other filings shall remain under seal until the United States and California notice their respective elections, or until further order of this Court; and

3.      The Status (Pretrial Scheduling) Conference shall be set for a time after the United States and California notify the Court of their respective decisions on intervention in this action.

IT IS SO ORDERED.

DATE:  September 23, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE U.S. REQUEST FOR EXTENSION OF
TIME AND EXTENSION OF SEAL