PHILLIP A. TALBERT
Acting United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, *EX REL.,* MEDSTAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>VJ'S TRANSPORATION SERVICES, INC., A California corporation; VICTOR JONES, an individual; ESSENTIAL PLUS TRANSPORTATION, INC. a California corporation; DORIS NNENNA UCHE AKWUKWAEGBU a.k.a. DORIS AKWUKWAEGBU-OGLINMAKIN, an individual; SRE TRANSPORTATION, a California company; SHAWN RAIFORD, an individual; EASY LIFT TRANSPORTATION, a California company; EARL HOLMES, an individual; PRISCILLA HOLMES, an individual; AT YOUR SERVICE TRANSPORATION, a California company; LARONDA WARNER, an individual; and DOES I through 50, inclusive,,<br><br>Defendants. | CASE NO. 2:20-CV-1400 KJM JDP<br><br>ORDER RE THE NOTICE OF THE UNITED STATES AND CALIFORNIA OF ELECTION TO DECLINE INTERVENTION |

The United States and California having notified the Court of their decision not to intervene in this action, the Court hereby orders as follows:

(1) Relator may maintain the action in the name of the United States and California; providing, however, that the action may be dismissed only if the court and the Attorneys General give written consent to the dismissal and their reasons for consenting,

1

(2) In the event that should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court will provide the United States and California with notice and an opportunity to be heard before ruling or granting its approval.

(3) All pleadings filed and orders issued by the Court in this action shall be served upon the United States and California;

(4) The United States and California shall reserve their right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim;

(5) The United States and California shall be served with all notices of appeal; and

(6) Notwithstanding the Government's request that "[a]ll other papers on file in this action shall remain under seal," given that the request is not accompanied by any showing by the Government that disclosure of these other papers would "(1) reveal confidential investigative methods or techniques; (2) jeopardize an ongoing investigation; or (3) harm non-parties," *U.S. ex rel. Lee v. Horizon W., Inc.*, No. 00-2921, 2006 WL 305966, at *2 (N.D. Cal. Feb. 8, 2006) (citations omitted), the request is denied and the Clerk of Court is directed to UNSEAL the docket of this case.

IT IS SO ORDERED.

DATED: March 25, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2